| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Benavides, Fortunato P | 2. Court or Organization<br><br>5th Circuit Court of Appeals | 3. Date of Report<br><br>05/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge; Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>903 San Jacinto Blvd., Rm. 450<br>Austin, TX 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | U. of Houston Law Center's Blakely Advocacy Institute's Advisory Board |
| 2. Advisory Board Member | U. of Houston Criminal Justice Institute Advisory Board |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 11:09 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Benavides, Fortunato P | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Southwest Airlines (flight attendant) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York University | 2/25-27/06 -- New York, NY, Moot Court Competition (transportation, food, lodging) |
| 2. | University of Houston - | 3/31-4/2/06 -- Houston, TX, Moot Court Competition (food, lodging) |
| 3. | Hispanic Bar Association of Houston | 5/17-18/06 -- Houston, TX, Award Ceremony (food, lodging) |
| 4. | George Mason University | 7/6-9/06 -- Cambridge, MA, Seminar (food, lodging, transportation) |
| 5. | Brigham Young University | 11/15-17/06--Provo, Utah, Moot Court Competition (food, lodging, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Benavides, Fortunato P | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Southwestern Life Ins. Co. | loan against policy | J |
| 2. | Sallie Mae | student loan | J |
| 3. | Texas Higher Education Coordinating Board | student loan | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benavides, Fortunato P | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank of TX, Austin TX, Related Ckg & Sav. Acct. | A | Interest | K | T | | | | | |
| 2. Chase Bank of TX, Austin, TX; IRA Savings Acct.; | A | Interest | J | T | | | | | |
| 3. Principle Financial Group, Common Stock | A | Dividend | J | T | | | | | |
| 4. Van Kampen Mutual Fund-ACEGX | | None | J | T | | | | | |
| 5. Van Kampen Mutual Fund-MGEAX | | None | J | T | | | | | |
| 6. 401K-Vanguard Institutional Index | | None | L | T | | | | | |
| 7. 401K-Harbor Capital Appreciation Fund | | None | L | T | | | | | |
| 8. 401K-EuroPac Growth-R5 (RERFX) | | None | L | T | | | | | |
| 9. 401K-Dodge&Cox Stock Fund | | None | L | T | | | | | |
| 10. SW Airlines Profit Sharing Plan-Harbor Capital Appreciation | | None | L | T | | | | | |
| 11. SW Airlines Profit Sharing Plan-EuroPac Gr. Fund-R5(RERFX) | | None | L | T | | | | | |
| 12. SWAirlines Profit Sharing Dodge&Cox Stock Fund | | None | L | T | | | | | |
| 13. SWAirlines Profit Sharing Vanguard Inst. Index Fund | | None | L | T | | | | | |
| 14. Southwest Airlines ESPP Acct. SW Airlines common Stock | A | Dividend | K | T | | | | | |
| 15. Royalty Interest, Starr County, TX | C | Royalty | K | W | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Benavides, Fortunato P | | 05/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Van Kampen Mutual Fund (VAGEX) reported last year in Section VII Item 5 is not being reported this year. It was not reportable in previous years. I first reported it in my 2002 report as it was part of ▮▮▮▮▮ portfolio after ▮▮▮▮▮▮ However, its market value did not exceed the threshold value for reporting on December 31, 2002. It never exceeded the threshold value of $1000 in the subsequent years in which it was reported nor did it generate income which required reporting.

2. Items 7 and 8 reported in my 2005 report in Section VII (401K-MLPremier Insitutional Fund and 401K-MS Balanced Institutional Fund) are not reported this year. On January 30, 2006 ▮▮▮▮ reorganized her 401K plan. As a result, Items 7 and 8 were removed from her 401K account and new funds were added which were reported for the first time in this report (Items 8 and 9). This redistirbution of her 401K funds through investment transfers did not result in a loss or gain or change the value of her 401K account.

3. Items 12 and 13 reported in my 2005 report in Section VII (SW Airlines Profit Sharing Plan - MS Institutional Fund and SW Airlines Profit Sharing Plan-SW Airlines Common Stock) are not reported this year. On July 24, 2006, ▮▮▮▮ reorganized her profit sharing account through a series of investment transfers. As a result, Items 12 and 13 reported on last year's report are no longer in her profit sharing account as of July 24, 2006. New funds were added which were reported for the first time in this report as Items 11, 12 and 13. The redistribution or reorganization of her profit sharing plan was accomplished by investment transfers which did not result in a gain or loss in the value of ▮▮▮▮ profit sharing plan balance.

4. Items 16 and 17 reported in my 2005 report in Section VII should not have been reported as they were not acquired until January 30, 2006. They are included in this 2006 report for the first time and were acquired as per the explanations provided above. I previously reported this mistake in reporting by letter to the committee dated July 11, 2006.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signed_____ Date _5/14/2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

· Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544